March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Maurice Hargrow,

        Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

20 -CR- 563 (__)(__)

Defendant __Maurice Hargrow__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X** Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

s/Maurice Hargrow, by KNF, USMJ
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Maurice Hargrow**
Print Defendant's Name

[signature: Calvin H. Scholar]
Defense Counsel's Signature

**Calvin H. Scholar**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/16/20
Date

[signature: Kevin Nathaniel Fox]
U.S. District Judge/U.S. Magistrate Judge