

November 25, 2020

The Honorable J. Paul Oetken
United District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Maurice Hargrow*
20 Cr. 563 (JPO)

Dear Judge Oetken:

I represent the defendant, Maurice Hargrow, in the above referenced matter. The purpose of this letter is to respectfully request an extension of the date that Mr. Hargrow's bond be signed from November 30, 2020 to December 7, 2020. On November 16, 2020, Mr. Hargrow was released on a $100,000 personal recognizance bond to be signed by 2 financially responsible persons by November 30, 2020. Mr. Hargrow has two potential co-signers; however, because the Court is closed on Thursday and Friday due to the Thanksgiving holiday, we have been unable to coordinate an interview with the Government. The Government consents to extending the deadline. Accordingly, it is respectfully requested that the Court extend the date that Mr. Hargrow's bond be signed to December 7, 2020.

The Court's time and attention to this matter are greatly appreciated.

Granted.
So ordered.
  December 4, 2020

Very truly yours,

/s/

Calvin H. Scholar

J. PAUL OETKEN
United States District Judge