

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2021

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    United States v. Maurice Hargrow,
                  20 Cr. 563 (JPO)

Dear Judge Oetken:

     The Government writes to respectfully request that the Court so order a modification to the bail conditions for Maurice Hargrow in the above-captioned case.

     On April 16, 2021, the parties in the above-captioned case appeared before the Court to address a violation memorandum submitted by United States Pretrial Services Officer Courtney M. DeFeo dated March 25, 2021. The Government requested, and the Court ordered, the following modifications to the defendant's bail conditions:

- The defendant's travel shall be restricted to the Western District of North Carolina, and the Southern and Eastern Districts of New York, as well as points in between for travel. Travel to the Eastern and Southern District of New York is permitted only for Court appearances and meetings with defense counsel, Calvin Scholar, Esq.
- The defendant shall report to his assigned Pretrial Services Officer in the Western District of North Carolina no later than April 20, 2021.
- The defendant shall submit to drug testing in the Western District of North Carolina no later than April 20, 2021.

So ordered.
4/16/2021

_____
J. PAUL OETKEN
United States District Judge

April 16, 2021
Page 2

      Wherefore, the Government, respectfully requests that the Court so order the modification described above.

                                                     Respectfully submitted,

                                                     AUDREY STRAUSS
                                                     United States Attorney for the
                                                     Southern District of New York

                                             By:       /s/
                                                       Emily A. Johnson
                                                     Kaylan E. Lasky
                                                     Ashley C. Nicolas
                                                     Assistant United States Attorneys
                                                     (212) 637-2409 / 2315 / 2467

cc:  Calvin Scholar, Esq. (via ECF)