

May 5, 2021

The Honorable J. Paul Oetken
United District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE:     *United States v. Maurice Hargrow*
        20 Cr. 563 (JPO)

Dear Judge Oetken:

      I represent the defendant, Maurice Hargrow, in the above referenced matter.  On November 16, 2020, Mr. Hargrow was released on a $100,000 personal recognizance bond with travel restricted to the Southern District of New York, Eastern District of New York, and Western and Eastern Districts of North Carolina and the states between New York and North Carolina.  On April 16, 2021, Mr. Hargrow's bond conditions were modified to restrict his travel to the Eastern and Southern District of New York only for Court appearances and meetings with counsel.  The purpose of this letter is to respectfully request a modification of Mr. Hargrow's bond conditions.  Specifically, it is respectfully requested that he be permitted to travel to New York from May 6, 2021 to May 20, 2021 to visit his 9-year-old daughter.  He will be staying with his mother at 212 West 140th Street, Apt 1C, New York, New York.   Pretrial and the Government oppose this travel request.  Accordingly, it is respectfully requested that the Court modify Mr. Hargrow's bond conditions and permit him to travel to New York from May 6, 2021 to May 20, 2021.

      The Court's time and attention to this matter are greatly appreciated.

Granted.
 So ordered:  5/10/2021

Very truly yours,

/s/

Calvin H. Scholar

J. PAUL OETKEN
United States District Judge

1