

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2021

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Maurice Hargrow,
              20 Cr. 563 (JPO)

Dear Judge Oetken:

      The Government writes to respectfully request, with the consent of defense counsel, that the Court so order a modification to the bail conditions for Maurice Hargrow in the above-captioned case.

      On July 20, 2021, Pretrial Services Officer Courtney M. DeFeo submitted a violation memorandum to the Court detailing the defendant's continued non-compliance with his drug testing and travel restriction conditions. The Government requests, with the consent of defense counsel and the advice of pretrial services, that the defendant's bail conditions be modified to add the following conditions:

- Stand-alone GPS monitoring to be installed at the direction of pre-trial services;
- The defendant must present proof of employment to his pre-trial services officer no later than August 2, 2021.

      Wherefore, the Government, respectfully requests that the Court so order the modification described above.

So ordered.
July 28, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____/s/_____
Emily A. Johnson/Kaylan E. Lasky
Ashley C. Nicolas
Assistant United States Attorneys
(212) 637-2409 / 2315 / 2467

J. PAUL OETKEN
United States District Judge

cc:  Calvin Scholar, Esq. (via ECF)
      Pretrial Services Officer Courtney M. DeFeo