

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

January 18, 2022

**VIA ECF and E-MAIL**

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Granted.
> So ordered.
> 1/18/2022
>
> /s/ J. Paul Oetken
> J. PAUL OETKEN
> United States District Judge

RE:   *United States v. Maurice Hargrow*
      20 Cr. 563 (JPO)
      Request to Travel

Dear Judge Oetken:

    I represent the defendant, Maurice Hargrow, in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  Mr. Hargrow has requested that counsel submit this request to modify the conditions of his release to allow him to travel from New York to Charlotte, North Carolina so that he can continue the interview process with a potential employer.  The Court granted Mr. Hargrow permission to travel earlier this month and on January 4, 2022, he interviewed for a position as a hospital porter at Novant Health Huntersville Medical Center.  The hospital has asked Mr. Hargrow to return on Thursday, January 20, 2022 to complete the next step in the hiring process.  Mr. Hargrow would drive or fly to the Charlotte, NC area on January 19, 2022 and would remain at his fiance's house in Charlotte, NC and then return to New York on January 23, 2022.  Huntersville, North Carolina is approximately 15 miles from Charlotte, North Carolina.  I have conferred with the Pretrial Services Officer who has indicated that Pretrial Services does not object to the request to travel. The Government defers to Pretrial.

Respectfully submitted,

/s/

Calvin H. Scholar

cc:   United States Attorney for the Southern District of New York
      Southern District of New York Pretrial Services