

**CH SCHOLAR LAW FIRM, P.L.L.C**

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

April 13, 2022

**VIA ECF and EMAIL**

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Maurice Hargrow*
                20 Cr. 563 (JPO)
                Request to Modify Conditions of Release

Dear Judge Oetken:

    I represent the defendant, Maurice Hargrow, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Jutice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Hargrow has requested that counsel submit this request to modify the conditions of his release to allow him to travel from North Carolina to New York where he will reside with his mother for 10 days. The purpose of this travel is to attend a parent-teacher conference for his 10-year-old daughter who lives in New York and to bring his infant son to visit with Mr. Hargrow's mother. Mr. Hargrow would like permission to travel to New York on Thursday, April 14, 2022. Both Pretrial Services and the Government consent to this request.

    The Court's time and consideration of this request are greatly appreciated.

                                              Respectfully submitted,

                                              /s/

                                              Calvin H. Scholar

Granted.
So ordered.
4/13/2022

_____
J. PAUL OETKEN
United States District Judge